# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ADRIAN J. LLOYD,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>J. SOTO, Warden,<br><br>　　　　　Respondent. | NO. CV 15-1266-JLS (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts the findings, conclusions and  recommendations of the Magistrate Judge.

　　　**IT IS ORDERED** that Judgment be entered denying and dismissing the Petition without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 5, 2015.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE