1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10  ADRIAN J. LLOYD,                    )    NO. CV 15-1266-JLS (AS)
                                        )
11              Petitioner,             )
                                        )
12          v.                          )         **JUDGMENT**
                                        )
13  J. SOTO, Warden,                    )
                                        )
14              Respondent.             )
                                        )
15                                      )

16
17      Pursuant to the Order Accepting Findings, Conclusions and
    Recommendations of United States Magistrate Judge,
18
19
20      IT IS ADJUDGED that the Petition is denied and dismissed
    without prejudice.
21
22
23      DATED: October 5, 2015.
24
25
26      _____
                JOSEPHINE L. STATON
27          UNITED STATES DISTRICT JUDGE
28